UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MURPHY, DAVID G | § | Case No. 11-07729 |
| MURPHY, ELAINE M | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/26/2011 . The undersigned trustee was appointed on 02/25/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          40,000.19

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,504.00 |
| Bank service fees | 125.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $          33,371.19

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/14/2012  and the deadline for filing governmental claims was  02/14/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,750.02 , for a total compensation of $ 4,750.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.00 , for total expenses of $ 32.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2013 _____     By:/s/MICHAEL G. BERLAND _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | |
|---|---|
| Case No: | 11-07729    BL    Judge: Bruce W. Black |
| Case Name: | MURPHY, DAVID G |
| | MURPHY, ELAINE M |
| For Period Ending: 03/27/13 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 02/26/11 (f) |
| 341(a) Meeting Date: | 03/28/11 |
| Claims Bar Date: | 02/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19512 Southfield, Tinley Park-scheduled | 324,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest Savings-scheduled | 303.00 | 0.00 | | 0.00 | FA |
| 4. First Midwest checking-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 5,720.00 | 0.00 | | 0.00 | FA |
| 6. Books and cd's-scheduled | 235.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Wedding rings-scheduled | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Golf clubs-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 10. IRA-scheudled | 200,000.00 | 0.00 | | 0.00 | FA |
| 11. Shares of stock in Mokena-scheduled | Unknown | 0.00 | | 36,000.00 | FA |
| 12. 2003 Nissan Altima-scheduled | 6,485.00 | 0.00 | | 0.00 | FA |
| 13. 1997 Honda Accord-scheduled | 2,400.00 | 0.00 | | 0.00 | FA |
| 14. Distributions from 191 South-unscheduled (u) | 0.00 | Unknown | | 4,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $545,243.00 | $0.00 | | $40,000.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel to investigate whether certain stock owned by the debtors has value. The Trustee
filieda motion to compromise his interest in the stock, which was granted. Tax returns have to be filed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-07729    BL   Judge: Bruce W. Black | |
| Case Name: | MURPHY, DAVID G | |
| | MURPHY, ELAINE M | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 02/26/11 (f) |
| 341(a) Meeting Date: | 03/28/11 |
| Claims Bar Date: | 02/14/12 |

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-07729 -BL |
| Case Name: | MURPHY, DAVID G |
| | MURPHY, ELAINE M |
| Taxpayer ID No: | *******0099 |
| For Period Ending: | 03/27/13 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5865  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | 14 | 191 South | Unschedueld  dividend from ownership interest in 191 South | 1223-000 | 2,000.00 | | 2,000.00 |
| | | | DEPOSIT CHECK #11684 | | | | |
| 07/06/11 | 14 | 191 South | Unscheduled dividend from ownership interest in 101 South | 1223-000 | 2,000.00 | | 4,000.00 |
| | | | DEPOSIT CHECK #11681 | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 4,000.02 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,000.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,975.05 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,975.08 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,950.08 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,925.11 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,925.14 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,900.14 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,900.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,875.17 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,875.19 |
| 01/25/12 | | Transfer to Acct #*******5015 | Bank Funds Transfer | 9999-000 | | 3,875.19 | 0.00 |

Page Subtotals          4,000.19          4,000.19

Ver: 17.00b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-07729 -BL |
| Case Name: | MURPHY, DAVID G |
| | MURPHY, ELAINE M |
| Taxpayer ID No: | *******0099 |
| For Period Ending: | 03/27/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5865  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,000.19 | 4,000.19 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,875.19 | |
| | | | Subtotal | | 4,000.19 | 125.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,000.19 | 125.00 | |

Page Subtotals          0.00          0.00

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-07729 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MURPHY, DAVID G | Bank Name: | The Bank of New York Mellon |
| | MURPHY, ELAINE M | Account Number / CD #: | *******5866 Checking Account |
| Taxpayer ID No: | *******0099 | | |
| For Period Ending: | 03/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit B

| | |
|---|---|
| Case No: | 11-07729 -BL |
| Case Name: | MURPHY, DAVID G |
| | MURPHY, ELAINE M |
| Taxpayer ID No: | *******0099 |
| For Period Ending: | 03/27/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5015 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5865 | Bank Funds Transfer | 9999-000 | 3,875.19 | | 3,875.19 |
| 02/06/12 | 11 | Nicholas Janis | Stock interest per court order | 1129-000 | 36,000.00 | | 39,875.19 |
| 03/29/12 | 001001 | Crowley & Lamb | Payment of attorney fee per court order | 3410-000 | | 5,599.00 | 34,276.19 |
| 03/29/12 | 001002 | Crowley & Lamb | Payment of expenses for counsel per court order | 3220-000 | | 405.00 | 33,871.19 |
| 03/04/13 | 001003 | Gloria Longest | Payment for tax return preparation | 3410-000 | | 500.00 | 33,371.19 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 39,875.19 | 6,504.00 | 33,371.19 |
| Less:  Bank Transfers/CD's | 3,875.19 | 0.00 | |
| Subtotal | 36,000.00 | 6,504.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 36,000.00 | 6,504.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******5865 | 4,000.19 | 125.00 | 0.00 |
| Checking Account - *******5866 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5015 | 36,000.00 | 6,504.00 | 33,371.19 |
| | 40,000.19 | 6,629.00 | 33,371.19 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 39,875.19 | 6,504.00 |

Ver: 17.00b

LFORM24

| | EXHIBIT C | |
|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: March 27, 2013 |

Case Number:   11-07729
Debtor Name:   MURPHY, DAVID G

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $3,702.58 | $0.00 | $3,702.58 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $10,906.35 | $0.00 | $10,906.35 |
| 000003 070 7100-00 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | | $1,134.27 | $0.00 | $1,134.27 |
| 000004 070 7100-00 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Unsecured | | $1,783.67 | $0.00 | $1,783.67 |
| 000005 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $7,576.26 | $0.00 | $7,576.26 |
| 000006 070 7100-00 | Michael F Kelly 11521 Fenwood Court Orland Park, IL 60461 | Unsecured | | $137,518.49 | $0.00 | $137,518.49 |
| 000007 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $808.33 | $0.00 | $808.33 |
| 000008 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $1,945.54 | $0.00 | $1,945.54 |
| 000009 070 7100-00 | Dell Financial Services L.L.C. c/o Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Unsecured | | $123.75 | $0.00 | $123.75 |
| 000010 070 7100-00 | Dell Financial Services L.L.C. c/o Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Unsecured | | $129.97 | $0.00 | $129.97 |
| 000011 070 7100-00 | Catherine Amedeo 13952 Springview Lane Orland Park, IL 60467 | Unsecured | | $16,800.00 | $0.00 | $16,800.00 |
| 000012 070 7100-00 | Capital One, N.A. (Menards) c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $389.52 | $0.00 | $389.52 |

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|
| Page 2 | | | | ANALYSIS OF CLAIMS REGISTER | | Date: March 27, 2013 |

Case Number:  11-07729
Debtor Name:  MURPHY, DAVID G

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Capital One, N.A. (Best Buy Co., Inc.) c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $1,402.57 | $0.00 | $1,402.57 |
| | Case Totals: | | | $184,221.30 | $0.00 | $184,221.30 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-07729
Case Name: MURPHY, DAVID G
         MURPHY, ELAINE M
Trustee Name: MICHAEL G. BERLAND

    Balance on hand                    $        33,371.19

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $    4,750.02 | $    0.00 | $    4,750.02 |
| Trustee Expenses: MICHAEL G. BERLAND | $    32.00 | $    0.00 | $    32.00 |

    Total to be paid for chapter 7 administrative expenses    $    4,782.02

    Remaining Balance                                         $    28,589.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 184,221.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $      3,702.58 | $      0.00 | $      574.60 |
| 000002 | Chase Bank USA, N.A. | $    10,906.35 | $      0.00 | $   1,692.55 |
| 000003 | American InfoSource LP as agent for | $      1,134.27 | $      0.00 | $      176.03 |
| 000004 | Capital One, N.A. | $      1,783.67 | $      0.00 | $      276.81 |
| 000005 | American Express Centurion Bank | $      7,576.26 | $      0.00 | $   1,175.75 |
| 000006 | Michael F Kelly | $  137,518.49 | $      0.00 | $ 21,341.39 |
| 000007 | Midland Funding LLC | $      808.33 | $      0.00 | $      125.44 |
| 000008 | Midland Funding LLC | $      1,945.54 | $      0.00 | $      301.93 |
| 000009 | Dell Financial Services L.L.C. | $      123.75 | $      0.00 | $      19.20 |
| 000010 | Dell Financial Services L.L.C. | $      129.97 | $      0.00 | $      20.17 |
| 000011 | Catherine Amedeo | $    16,800.00 | $      0.00 | $   2,607.18 |
| 000012 | Capital One, N.A. (Menards) | $      389.52 | $      0.00 | $      60.45 |
| 000013 | Capital One, N.A. (Best Buy Co., Inc.) | $      1,402.57 | $      0.00 | $      217.67 |

Total to be paid to timely general unsecured creditors          $          28,589.17

Remaining Balance                                  $_____0.00

 

 

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE