# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MURPHY, DAVID G | § | Case No. 11-07729 |
| MURPHY, ELAINE M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/24/2013 in Courtroom ,
Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2013           By: /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
         §
MURPHY, DAVID G              §    Case No. 11-07729
MURPHY, ELAINE M             §
         §
         Debtor(s)            §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.19 |
| and approved disbursements of | $ | 6,629.00 |
| leaving a balance on hand of[1] | $ | 33,371.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,750.02 | $ 0.00 | $ 4,750.02 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 32.00 | $ 0.00 | $ 32.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,782.02 |
| Remaining Balance | $ 28,589.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 184,221.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 3,702.58 | $ 0.00 | $ 574.60 |
| 000002 | Chase Bank USA, N.A. | $ 10,906.35 | $ 0.00 | $ 1,692.55 |
| 000003 | American InfoSource LP as agent for | $ 1,134.27 | $ 0.00 | $ 176.03 |
| 000004 | Capital One, N.A. | $ 1,783.67 | $ 0.00 | $ 276.81 |
| 000005 | American Express Centurion Bank | $ 7,576.26 | $ 0.00 | $ 1,175.75 |
| 000006 | Michael F Kelly | $ 137,518.49 | $ 0.00 | $ 21,341.39 |
| 000007 | Midland Funding LLC | $ 808.33 | $ 0.00 | $ 125.44 |
| 000008 | Midland Funding LLC | $ 1,945.54 | $ 0.00 | $ 301.93 |
| 000009 | Dell Financial Services L.L.C. | $ 123.75 | $ 0.00 | $ 19.20 |
| 000010 | Dell Financial Services L.L.C. | $ 129.97 | $ 0.00 | $ 20.17 |
| 000011 | Catherine Amedeo | $ 16,800.00 | $ 0.00 | $ 2,607.18 |
| 000012 | Capital One, N.A. (Menards) | $ 389.52 | $ 0.00 | $ 60.45 |
| 000013 | Capital One, N.A. (Best Buy Co., Inc.) | $ 1,402.57 | $ 0.00 | $ 217.67 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 28,589.17 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                      Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-07729-BWB
David G Murphy                                                      Chapter 7
Elaine M Murphy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 3              Date Rcvd: Apr 17, 2013
                              Form ID: pdf006             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
```
db/jdb       +David G Murphy,    Elaine M Murphy,    19512 Southfield Ln,    Tinley Park, IL 60487-5158
16967927    #+AT&T,    PO Box 6428,    Carol Stream, IL 60197-6428
16874578     +Amedeo, Cathy,    13952 Springview,    Orland Park, IL 60467-7495
16874579      American Express,    Acct No xxxxxxxxx-x1000,    Customer Service,    PO Box 981535,
               El Paso, TX 79998-1535
18254776      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20320047      American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK 73124-8866
16874580     +Brian Sweeney,    19903 Fiona Ave,    Mokena, IL 60448-3322
18129152     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
19972962     +Capital One, N.A. (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
19972144     +Capital One, N.A. (Menards),    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
18485822     +Catherine Amedeo,    13952 Springview Lane,    Orland Park, IL 60467-7495
18110368      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16874581      Chase Card Services,    Acct No xxxx-xxxx-xxxx-5920,    PO Box 15298,    Wilmington, DE 19850-5298
16874582      Chase Card Services,    Acct No xxxx-xxxx-xxxx-7635,    PO Box 15298,    Wilmington, DE 19850-5298
16874584      Citi,    Acct No xxxx-xxxx-xxxx-7556,    Box 6000,    The Lakes, NV 89163-6000
16874583      Citi,    Acct No xxxxxxxxxxxx7951,    Box 6000,    The Lakes, NV 89163-6000
16874585      Citizens Automobile Finance Inc,    Acct No xxxxxx3020,    Consumer Loan Servicing,    PO Box 42002,
               Providence, RI 02940-2002
16874586     +Connolly, Pat,    19906 Ryan Ct,    Mokena, IL 60448-3310
16874587    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Acct No xxxxxx3934,    PO Box 81577,
               Austin, TX 78708-1577)
16874577     +David G Murphy,    Elaine M Murphy,    19512 Southfield Ln,    Tinley Park, IL 60487-5158
16874589     +Department Stores National Bank,    Acct No xxxxxx8237,    PO Box 8066,    Mason, OH 45040-8066
16874593      Home Depot Credit Services,    Acct No xxxxxxxxxxxx0025,    PO Box 653000,    Dallas, TX 75265-3000
16874599     +Jon Popp,    19805 Fiona Ave,    Mokena, IL 60448-3321
16874600     +Kelly, Michael F.,    c/o Crowley & Lamb PC,    350 N LaSalle St, Suite 900,
               Chicago, IL 60654-5136
18301972     +Michael F Kelly,    11521 Fenwood Court,    Orland Park, IL 60467-7140
16874602     +Michael Murphy,    1145 Hickory Creek Dr,    New Lenox, IL 60451-3400
19927536      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
16874603     +Murphy, Jack,    19500 Forestdale Ct,    Mokena, IL 60448-8262
16874604     +Neumann, Mark,    19524 Southfield Ln,    Tinley Park, IL 60487-5158
16874606     +Sharp, Kathy,    4306 W 118th Pl,    Alsip, IL 60803-2126
16874607      Target National Bank,    Acct No xxxxxxxxxxxx4081,    c/o Target Credit Services,    PO Box 1581,
               Minneapolis, MN 55440-1581
16874608      World Financial Network National Bank,    Acct No xxxxxx7739,    PO Box 182273,
               Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16967927     +E-mail/Text: g20956@att.com Apr 18 2013 02:06:01      AT&T,    PO Box 6428,
               Carol Stream, IL 60197-6428
18120960      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2013 02:22:10
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
18068872      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2013 02:22:10
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
18455217      E-mail/Text: resurgentbknotifications@resurgent.com Apr 18 2013 02:03:33
               Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
18419049      E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2013 02:20:49      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16874592     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 02:20:26      GE Money Bank,
               Acct No xxxx-xxxx-xxxx-1160,    Attn: Bankruptcy Department,    PO Box 103104,
               Roswell, GA 30076-9104
16874591      E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 02:20:26      GE Money Bank,
               Acct No xxxxxxx5951,    PO Box 981131,    El Paso, TX 79998-1131
16874594     +E-mail/Text: collections@homestarbank.com Apr 18 2013 02:13:41      Homestar Bank,
               Acct No xxxxxx6184,    3 Diversatech Drive,    Manteno, IL 60950-9201
16874595     +E-mail/Text: collections@homestarbank.com Apr 18 2013 02:13:41      Homestar Bank,
               Acct No xxxxxx7494,    3 Diversatech Drive,    Manteno, IL 60950-9201
16874601     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2013 02:04:28      Kohl's,    Acct No xxxxxx6752,
               PO Box 3043,    Milwaukee, WI 53201-3043
16874605      E-mail/Text: bankrup@aglresources.com Apr 18 2013 02:04:03      Nicor Gas,
               Acct No xx-xx-xx-x195 4,    PO Box 190,    Aurora, IL 60507-0190
19927537      E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2013 02:23:30
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
District/off: 0752-1           User: arodarte              Page 2 of 3                  Date Rcvd: Apr 17, 2013
                               Form ID: pdf006             Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16874588*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:  Dell Financial Services,    Acct No xxxxxx6068,    PO Box 81577,
                Austin, TX 78708-1577)
16874576     ##+David M Madden,    David M Madden Law Offices PC,    PO Box 5658,    Woodridge, IL 60517-0658
16874590     ##+First Midwest Bank,    Acct No xxxxxx0100,    One Pierce Place, Suite 1500,    PO Box 459,
                Itasca, IL 60143-0459
16874596     ##HSBC Retail Services,    Acct No xxxxxxxxxxxx5432,    PO Box 15521,    Wilmington, DE 19850-5521
16874597     ##HSBC Retail Services,    Acct No xxxxxxxxxxxx9636,    PO Box 15521,    Wilmington, DE 19850-5521
16874598     ##HSBC Retail Services,    Acct No xxxxxx0100,    PO Box 15521,    Wilmington, DE 19850-5521
                                                                                              TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: arodarte              Page 3 of 3                  Date Rcvd: Apr 17, 2013
                               Form ID: pdf006             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2013 at the address(es) listed below:

```
              Adela C. Lucchesi    on behalf of Trustee Michael G Berland alucchesi@crowleylamb.com,
               luribe@crowleylamb.com
              Adela C. Lucchesi    on behalf of Spec. Counsel    Crowley & Lamb PC alucchesi@crowleylamb.com,
               luribe@crowleylamb.com
              David M Madden    on behalf of Debtor David G Murphy dmadden@dmaddenlaw.com
              David M Madden    on behalf of Joint Debtor Elaine M Murphy dmadden@dmaddenlaw.com
              Francis J. Pendergast, III    on behalf of Spec. Counsel    Crowley & Lamb PC
               fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William F Smith    on behalf of Creditor    HomeStar Bank & Financial Services
               wsmith@homestarbank.com
                                                                                             TOTAL: 8
```