UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| MURPHY, DAVID G | § | Case No. 11-07729 |
| MURPHY, ELAINE M | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CROWLEY & LAMB | | | | | |
| CROWLEY & LAMB | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Connolly, Pat 19906 Ryan Ct Mokena, IL 60448 | | | | | |
| | Department Stores National Bank PO Box 8066 Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Midwest Bank One Pierce Place, Suite 1500 PO Box 459 Itasca, IL 60143 |  |  |  |  |  |
|  | GE Money Bank Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076 |  |  |  |  |  |
|  | GE Money Bank PO Box 981131 El Paso, TX 79998-1131 |  |  |  |  |  |
|  | HSBC Retail Services PO Box 15521 Wilmington, DE 19850-5521 |  |  |  |  |  |
|  | HSBC Retail Services PO Box 15521 Wilmington, DE 19850-5521 |  |  |  |  |  |
|  | HSBC Retail Services PO Box 15521 Wilmington, DE 19850-5521 |  |  |  |  |  |
|  | Home Depot Credit Services PO Box 653000 Dallas, TX 75265-3000 |  |  |  |  |  |
|  | Kohl's PO Box 3043 Milwaukee, WI 53201 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Murphy, Jack 19500 Forestdale Ct Mokena, IL 60448 |  |  |  |  |  |
|  | Neumann, Mark 19524 Southfield Ln Tinley Park, IL 60487 |  |  |  |  |  |
|  | Nicor Gas PO Box 190 Aurora, IL 60507-0190 |  |  |  |  |  |
|  | Sharp, Kathy 4306 W 118th Pl Alsip, IL 60803 |  |  |  |  |  |
|  | Target National Bank c/o Target Credit Services PO Box 1581 Minneapolis, MN 55440-1581 |  |  |  |  |  |
|  | World Financial Network National Bank?? PO Box 182273 Columbus, OH 43218-2273 |  |  |  |  |  |
| 000005 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000013 | CAPITAL ONE, N.A. (BEST BUY CO., IN | | | | | |
| 000012 | CAPITAL ONE, N.A. (MENARDS) | | | | | |
| 000011 | CATHERINE AMEDEO | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000009 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000010 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000006 | MICHAEL F KELLY | | | | | |
| 000007 | MIDLAND FUNDING LLC | | | | | |
| 000008 | MIDLAND FUNDING LLC | | | | | |
| 000014 | SETTLEMENT, E CAST | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-07729 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | MURPHY, DAVID G | | | Date Filed (f) or Converted (c): | 02/26/11 (f) |
| | MURPHY, ELAINE M | | | 341(a) Meeting Date: | 03/28/11 |
| For Period Ending: | 09/06/13 | | | Claims Bar Date: | 02/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19512 Southfield, Tinley Park-scheduled | 324,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest Savings-scheduled | 303.00 | 0.00 | | 0.00 | FA |
| 4. First Midwest checking-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 5,720.00 | 0.00 | | 0.00 | FA |
| 6. Books and cd's-scheduled | 235.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Wedding rings-scheduled | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Golf clubs-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 10. IRA-scheudled | 200,000.00 | 0.00 | | 0.00 | FA |
| 11. Shares of stock in Mokena-scheduled | Unknown | 0.00 | | 36,000.00 | FA |
| 12. 2003 Nissan Altima-scheduled | 6,485.00 | 0.00 | | 0.00 | FA |
| 13. 1997 Honda Accord-scheduled | 2,400.00 | 0.00 | | 0.00 | FA |
| 14. Distributions from 191 South-unscheduled (u) | 0.00 | Unknown | | 4,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $545,243.00     $0.00     $40,000.19     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel to investigate whether certain stock owned by the debtors has value. The Trustee
filieda motion to compromise his interest in the stock, which was granted. Tax returns have to be filed.

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.03

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 11-07729    BL    Judge: Bruce W. Black |
| Case Name: | MURPHY, DAVID G |
| | MURPHY, ELAINE M |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 02/26/11 (f) |
| 341(a) Meeting Date: | 03/28/11 |
| Claims Bar Date: | 02/14/12 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1       Ver: 17.03

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-07729 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | MURPHY, DAVID G | | Bank Name: | The Bank of New York Mellon |
| | MURPHY, ELAINE M | | Account Number / CD #: | *******5865 Money Market Account |
| Taxpayer ID No: | *******0099 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | 14 | 191 South | Unschedueld dividend from ownership interest in 191 South DEPOSIT CHECK #11684 | 1223-000 | 2,000.00 | | 2,000.00 |
| 07/06/11 | 14 | 191 South | Unscheduled dividend from ownership interest in 101 South DEPOSIT CHECK #11681 | 1223-000 | 2,000.00 | | 4,000.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.02 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,975.05 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,975.08 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,950.08 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,950.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,925.11 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,925.14 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,900.14 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,900.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,875.17 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,875.19 |
| 01/25/12 | | Transfer to Acct #*******5015 | Bank Funds Transfer | 9999-000 | | 3,875.19 | 0.00 |

Page Subtotals 4,000.19 4,000.19

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-07729 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MURPHY, DAVID G | | Bank Name: | The Bank of New York Mellon |
| | MURPHY, ELAINE M | | Account Number / CD #: | *******5865  Money Market Account |
| Taxpayer ID No: | *******0099 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,000.19 | 4,000.19 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 3,875.19 | |
| | | | Subtotal | | 4,000.19 | 125.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,000.19 | 125.00 | |

Page Subtotals      0.00      0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-07729 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MURPHY, DAVID G | | Bank Name: | The Bank of New York Mellon |
| | MURPHY, ELAINE M | | Account Number / CD #: | *******5866  Checking Account |
| Taxpayer ID No: | *******0099 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-07729 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MURPHY, DAVID G | | Bank Name: | Congressional Bank |
| | MURPHY, ELAINE M | | Account Number / CD #: | *******5015 Checking Account |
| Taxpayer ID No: | *******0099 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5865 | Bank Funds Transfer | 9999-000 | 3,875.19 | | 3,875.19 |
| 02/06/12 | 11 | Nicholas Janis | Stock interest per court order | 1129-000 | 36,000.00 | | 39,875.19 |
| 03/29/12 | 001001 | Crowley & Lamb | Payment of attorney fee per court order | 3410-000 | | 5,599.00 | 34,276.19 |
| 03/29/12 | 001002 | Crowley & Lamb | Payment of expenses for counsel per court order | 3220-000 | | 405.00 | 33,871.19 |
| 03/04/13 | 001003 | Gloria Longest | Payment for tax return preparation | 3410-000 | | 500.00 | 33,371.19 |
| 05/28/13 | 001004 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,750.02 | 28,621.17 |
| 05/28/13 | 001005 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 32.00 | 28,589.17 |
| 05/28/13 | 001006 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 15.51891% | 7100-000 | | 574.60 | 28,014.57 |
| 05/28/13 | 001007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 15.51894% | 7100-000 | | 1,692.55 | 26,322.02 |
| 05/28/13 | 001008 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000003, Payment 15.51923% | 7100-000 | | 176.03 | 26,145.99 |
| 05/28/13 | 001009 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 | Claim 000004, Payment 15.51913% | 7100-000 | | 276.81 | 25,869.18 |

Page Subtotals    39,875.19    14,006.01

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-07729 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MURPHY, DAVID G | Bank Name: | Congressional Bank |
| | MURPHY, ELAINE M | Account Number / CD #: | *******5015 Checking Account |
| Taxpayer ID No: | *******0099 | | |
| For Period Ending: | 09/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75374 | | | | | |
| 05/28/13 | 001010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 15.51887% | 7100-000 | | 1,175.75 | 24,693.43 |
| 05/28/13 | 001011 | Michael F Kelly<br>11521 Fenwood Court<br>Orland Park, IL 60461 | Claim 000006, Payment 15.51892% | 7100-000 | | 21,341.39 | 3,352.04 |
| 05/28/13 | 001012 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000007, Payment 15.51841% | 7100-000 | | 125.44 | 3,226.60 |
| 05/28/13 | 001013 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000008, Payment 15.51908% | 7100-000 | | 301.93 | 2,924.67 |
| 05/28/13 | 001014 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000009, Payment 15.51515% | 7100-000 | | 19.20 | 2,905.47 |
| 05/28/13 | 001015 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000010, Payment 15.51897% | 7100-000 | | 20.17 | 2,885.30 |
| 05/28/13 | 001016 | Catherine Amedeo<br>13952 Springview Lane<br>Orland Park, IL 60467 | Claim 000011, Payment 15.51893% | 7100-000 | | 2,607.18 | 278.12 |
| 05/28/13 | 001017 | Capital One, N.A. (Best Buy Co., Inc.)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200 | Claim 000013, Payment 15.51937% | 7100-000 | | 217.67 | 60.45 |

Page Subtotals 0.00 25,808.73

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-07729 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MURPHY, DAVID G | | Bank Name: | Congressional Bank |
| | MURPHY, ELAINE M | | Account Number / CD #: | *******5015  Checking Account |
| Taxpayer ID No: | *******0099 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/13 | 001018 | Tucson, AZ 85712<br>e cCst Settlement Coporation<br>c/oBass & Assocaites<br>3936 E. Ft. Lowell ,Suite 200<br>Tuscon, arizona 85712 | Claim 000014, Payment 15.51910% | 7100-000 | | 60.45 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 39,875.19 | 39,875.19 | 0.00 |
| Less:  Bank Transfers/CD's | 3,875.19 | 0.00 | |
| Subtotal | 36,000.00 | 39,875.19 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 36,000.00 | 39,875.19 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5865 | 4,000.19 | 125.00 | 0.00 |
| Checking Account - ********5866 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5015 | 36,000.00 | 39,875.19 | 0.00 |
| | 40,000.19 | 40,000.19 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     60.45

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)